UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: CHRISTOPHER J GONYA,<br><br>Debtor | Case No. 24-10176hzc<br>Chapter 7<br><br>Adv. Pro. No. 24-01008-hzc |
| CHRISTOPHER J GONYA,<br><br>Plaintiff<br><br>v.<br>NAVIENT SOLUTIONS, LLC. ET AL.,<br><br>Defendant | |

**Nelnet Servicing, LLC d/b/a Firstmark Services'**
**Motion to Drop Nelnet Servicing, LLC d/b/a Firstmark Services**
**as a Party Under Fed. R. Civ. P. 21 and/or to Dismiss the**
**Complaint Against It Under Fed. R. Civ. P. 12(b)(6)**

Nelnet Servicing, LLC dba Firstmark Services ("Firstmark") respectfully submits this Motion to Drop Firstmark as a party to this adversary proceeding under Fed. R. Civ. P. 21, which is made applicable to this proceeding by Fed. R. Bankr. P. 7021, and/or to dismiss the complaint against Firstmark under Fed. R. Civ. P. 12(b)(6), which is made applicable to this proceeding by Fed. R. Bankr. P. 7012.

Plaintiff alleges that Firstmark Services is a servicer of private student loans, headquartered in Lincoln, Nebraska, and on information and belief, is the servicer of the Discover Bank loans at issue. However, as the servicer, Firstmark neither owns the loans nor has the authority to discharge or compromise the debt.  Further, Plaintiff cannot state a discharge of debt claim against a party to whom it owes no debt. As such, Firstmark requests that this Court either Drop Firstmark as a party to this adversary proceeding

1

under Fed. R. Civ. P. 21 and/or dismiss the complaint against Firstmark under Fed. R. Civ.

P. 12(b)(6).

Respectfully Submitted,
Nelnet Servicing, LLC dba Firstmark Services,
By Its Attorney,


__*Amy B. Royal, Esq.*_____
Amy B. Royal, Esq.
USDC VT #747941
The Royal Law Firm
33 Elliot Street
Springfield, MA 01105
Tel. (413) 586-2288/Fax (413) 586-2281
Dated: January 10, 2025              E-mail: ARoyal@theroyallawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon each party of record through the Court's CM/ECF system on January 10, 2025.


__*Amy B. Royal, Esq.*_____
Amy B. Royal, Esq.

2