UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
01/31/2025

| | |
|---|---|
| IN RE: CHRISTOPHER J GONYA,<br><br>Debtor | Case No. 24-10176hzc<br>Chapter 7<br><br>Adv. Pro. No. 24-01008-hzc |
| CHRISTOPHER J GONYA,<br><br>Plaintiff<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC. ET AL.,<br><br>Defendant | |

## ORDER

This matter came upon consideration of the Motion to Drop Nelnet Services, LLC d/b/a Firstmark Services as a Party Under Fed. R. Civ. P. 21 and/or to Dismiss the Complaint Against It Under Fed. R. Civ. P. 12(b)(6) [ECF 18]. Following review of the Motion, it is hereby **ORDERED** that the requested relief is **GRANTED** such that Nelnet Services, LLC d/b/a Firstmark Services shall be removed as a defendant in the above-captioned adversary proceeding. Nothing in this Order should be interpreted to dismiss the adversary proceeding or impact the status of any other parties.

January 31, 2025
Burlington, Vermont

_Heather Z. Cooper_
Heather Z. Cooper
United States Bankruptcy Judge

1