Filed & Entered
On Docket
10/03/2025

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| In re: <br><br> CHRISTOPHER J. GONYA, <br><br> Debtor. | Bankr. Case No.: 24-10176 <br><br> Chapter 7 |
| CHRISTOPHER J. GONYA, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, and <br> OLYMPIC STUDENT LOAN TRUST, <br><br> Defendants. | Adv. Proc. No.: 24-01008 |

### ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC

THIS MATTER having come before the Court pursuant to the Stipulation in Settlement of Adversary Proceeding ("Stipulation") between Plaintiff, Christopher J. Gonya and Navient Solutions, LLC [ECF 41],

IT IS HEREBY ORDERED that the Stipulation is hereby approved; and

IT IS FURTHER ORDERED, that the Navient Solutions, LLC is dismissed as a defendant in the instant adversary proceeding, subject to the terms of the Stipulation and this Order.

**SO ORDERED**.

October 3, 2025
Burlington, Vermont

*Heather Z. Cooper*
Heather Z. Cooper
United States Bankruptcy Judge