UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
12/12/2025

In Re: CHRISTOPHER J GONYA
         Debtor.

Case No. 24-10176
Chapter 7

CHRISTOPHER J GONYA,
         Plaintiff,

v.

Adversary Proceeding No. 24-01008 hzc

NAVIENT SOLUTIONS, LLC. et. al.
         Defendants.

## ORDER APPROVING STIPULATION IN SETTLMENT OF ADVERSARY PROCEEDINGS BETWEEN PLAINTIFF AND OLYMPIC STUDENT LOAN TRUST

THIS MATTER came before the Court pursuant to the Stipulation in Settlement of Adversary Proceeding ("Stipulation") between Plaintiff, Christopher J Gonya and Olympic Student Loan Trust [ECF 50],

IT IS HEREBY ORDERED that the Stipulation is hereby approved; and

IT IS FURTHER ORDERED, that Olympic Student Loan Trust is dismissed as a defendant in the instant adversary proceeding subject to the terms of the Stipulation and this Order.

**SO ORDERED.**

December 12, 2025
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge